UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2006 MAR 30  A: 9: 41

IN RE: WELDING ROD PRODUCTS
LIABILITY LITIGATION

CASE NO. 1:05-CV-18161-KMO
MDL DOCKET NO. 1535

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANCHEZ CROSBY, ET AL.                                   PLAINTIFFS

VERSUS                               CIVIL ACTION NO. 3:05CV235-HTW-JCS

LINCOLN ELECTRIC COMPANY, ET AL.                         DEFENDANTS

ORDER DISMISSING CLAIMS, WITHOUT PREJUDICE

CAME ON FOR HEARING, on this date, the Motion *ore tenus* of the Plaintiffs for an

Order Dismissing the Claims of those individuals attached hereto on Exhibit "A", without

prejudice. After further considering such Motion, the Court is of the opinion that such Motion is

well taken, and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of those individuals

attached hereto as Exhibit "A" shall be dismissed from this case, without prejudice, each party to

bear its own costs.

SO ORDERED this the _30th_ day of _March_, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

|  |  | Plaintiffs Last Name | Plaintiffs First Name | Lead Plaintiff | Court |
|---|---|---|---|---|---|
| 1 | D | Agree | Willie | Crosby | MDL |
| 2 | D | Alexander, Sr. | Milton | Crosby | |
| 3 | D | Allen | Robert | Crosby | |
| 4 | D | Allen | Willie | Crosby | |
| 5 | D | Alridge | Joe | Crosby | |
| 6 | D | Amerson | Ernest | Crosby | |
| 7 | D | Anderson | Jesse | Crosby | |
| 8 | D | Anthony | John | Crosby | |
| 9 | D | Anthony, Sr. | Oswald | Crosby | |
| 10 | D | Antoine | Harold | Crosby | |
| 11 | D | Armstrong | Johnie | Crosby | |
| 12 | D | Atkins | Anthony | Crosby | |
| 13 | D | August | Clifton | Crosby | |
| 14 | D | Bailey | Ora | Crosby | |
| 15 | D | Barnes | James | Crosby | |
| 16 | D | Barnes | Patricia | Crosby | |
| 17 | D | Barnes | Vera | Crosby | |
| 18 | D | Barnes, Sr. | Tarus | Crosby | |
| 19 | D | Barnett | Will | Crosby | |
| 20 | D | Barnett | Wille | Crosby | |
| 21 | D | Barnett | Willie | Crosby | |
| 22 | D | Barnett, Sr. | Wallace | Crosby | |
| 23 | D | Barnhill | Harold | Crosby | |
| 24 | D | Barrow | Jerry | Crosby | |
| 25 | D | Bass | Julius | Crosby | |
| 26 | D | Beck | Charles | Crosby | |
| 27 | D | Bell | Geraldine | Crosby | |
| 57 | D | Bell | Jonathan | Crosby | |
| 58 | D | Bell | Mickey | Crosby | |
| 59 | D | Bell | Sammie | Crosby | |
| 60 | D | Benoit | James | Crosby | |
| 61 | D | Bergin | Michael | Crosby | |
| 62 | D | Berry | Frank | Crosby | |
| 63 | D | Bester | Calvin | Crosby | |
| 64 | D | Bishop | Clifton | Crosby | |
| 65 | D | Black, Jr. | Lonzell | Crosby | |
| 66 | D | Blackmon | Carlos | Crosby | |
| 67 | D | Blair | Barbara | Crosby | |
| 68 | D | Blue | Lamar | Crosby | |
| 69 | D | Bolton | Joe | Crosby | |
| 70 | D | Boutwell | David | Crosby | |
| 71 | D | Bracey | Ray C. | Crosby | |
| 72 | D | Broussard | Norman | Crosby | |
| 73 | D | Brown | Charlie | Crosby | |
| 74 | D | Brown | Harvey | Crosby | |
| 75 | D | Brown | James | Crosby | |
| 76 | D | Brown | McArthur | Crosby | |
| 77 | D | Buckley | Walter | Crosby | |
| 78 | D | Buckley | Winston | Crosby | |
| 79 | D | Burrus | Jerry | Crosby | |
| 80 | D | Bush | L.B. | Crosby | |

| 81 | D | Byrd | Robert | Crosby |
|---|---|---|---|---|
| 82 | D | Campbell | Q.W. | Crosby |
| 83 | D | Cannon | Harvey | Crosby |
| 84 | D | Carter | Gene A. | Crosby |
| 85 | D | Carter | Louis | Crosby |
| 86 | D | Castle | Lawrence | Crosby |
| 87 | D | Caver | Keith | Crosby |
| 88 | D | Chaisson | Michael | Crosby |
| 89 | D | Chandler | Robert | Crosby |
| 90 | D | Chapman | Delois | Crosby |
| 91 | D | Chapman | Mitchell | Crosby |
| 92 | D | Clark, Jr. | Rosaqer | Crosby |
| 93 | D | Clay | Corry | Crosby |
| 94 | D | Clay, Jr. | Anderson | Crosby |
| 95 | D | Clayton | Edward | Crosby |
| 96 | D | Clayton, Jr. | Willie | Crosby |
| 97 | D | Cochran | Jerry | Crosby |
| 98 | D | Colar, Sr. | William Lee | Crosby |
| 99 | D | Coleman | Gregory | Crosby |
| 100 | D | Coleman | Roger | Crosby |
| 101 | D | Coleman, Jr. | John W. | Crosby |
| 102 | D | Conner | Robert | Crosby |
| 103 | D | Cooley | Glennis | Crosby |
| 104 | D | Cooley | Hollis | Crosby |
| 105 | D | Cooley | Joe | Crosby |
| 106 | D | Cooley | Willis | Crosby |
| 107 | D | Cooper | Arthur | Crosby |
| 108 | D | Cooper | Michael | Crosby |
| 109 | D | Cooperwood | Vivian | Crosby |
| 110 | D | Covington | Edwina | Crosby |
| 111 | D | Crosby | Sanchez | Crosby |
| 112 | D | Crumpler | Billy | Crosby |
| 113 | D | Cunningham | Jack | Crosby |
| 114 | D | Cunningham | William Lee | Crosby |
| 115 | D | Curtis | Mary A. | Crosby |
| 116 | D | Dace | Allen | Crosby |
| 117 | D | Daniels | Abner | Crosby |
| 118 | D | Daniels | Sandra | Crosby |
| 119 | D | Danner | Henry | Crosby |
| 120 | D | Dantzler | Charles | Crosby |
| 121 | D | Davis | Anthony | Crosby |
| 122 | D | Davis | Johnny | Crosby |
| 123 | D | Davis, Jr. | W.C. | Crosby |
| 124 | D | Deanes | Cora | Crosby |
| 125 | D | Deanes | Willis | Crosby |
| 126 | D | Derouen, Sr. | Guy J. | Crosby |
| 127 | D | Downey | Bobby | Crosby |
| 128 | D | Drake | Clinton | Crosby |
| 129 | D | Drake, Jr. | Herman | Crosby |
| 130 | D | Dread | J.L. | Crosby |
| 131 | D | Ducksworth, Jr. | S.L. | Crosby |
| 132 | D | Duhon | Donald P. | Crosby |

| 133 | D | Dunn | Terry | Crosby |
| 134 | D | Edward | James | Crosby |
| 135 | D | Edwards | Terry | Crosby |
| 136 | D | Edwards | Willie | Crosby |
| 137 | D | Epps | Norris | Crosby |
| 138 | D | Evans | Susie | Crosby |
| 139 | D | Evans | Victor L. | Crosby |
| 140 | D | Evans, Jr. | Webb | Crosby |
| 141 | D | Ewing | Earnst | Crosby |
| 142 | D | Ewing | Roberts | Crosby |
| 143 | D | Fairley | Paul | Crosby |
| 144 | D | Fears | Catherine | Crosby |
| 145 | D | Ferguson | Roy | Crosby |
| 146 | D | Fields | Johnny | Crosby |
| 147 | D | Ford | Bruce | Crosby |
| 148 | D | Fortenberry | Lamont | Crosby |
| 149 | D | Francis | Leroy | Crosby |
| 150 | D | Fulgham | Tom | Crosby |
| 151 | D | Gallaspy | Betty | Crosby |
| 152 | D | Gallaspy | Curtis | Crosby |
| 153 | D | Gandy | Admise | Crosby |
| 154 | D | George | Charlie | Crosby |
| 155 | D | Gibson | Chavez | Crosby |
| 156 | D | Gillard | Emma | Crosby |
| 157 | D | Gilmer | Mohnie | Crosby |
| 158 | D | Gleese | Ernest | Crosby |
| 159 | D | Glenn | Kurt | Crosby |
| 160 | D | Glenn | Tony | Crosby |
| 161 | D | Goodwin | Willie | Crosby |
| 162 | D | Gordon | Geraldine | Crosby |
| 163 | D | Gordon | Wade | Crosby |
| 164 | D | Grant | William | Crosby |
| 165 | D | Grassiree | Desi | Crosby |
| 166 | D | Gray | Billie | Crosby |
| 167 | D | Gray | Billie | Crosby |
| 168 | D | Gray | Charles | Crosby |
| 169 | D | Gray | Rachel | Crosby |
| 170 | D | Green | A.C. | Crosby |
| 171 | D | Grisson | J.C. | Crosby |
| 172 | D | Gunn | Andre | Crosby |
| 173 | D | Halbert | John | Crosby |
| 174 | D | Hall | Geraldine | Crosby |
| 175 | D | Hall | King | Crosby |
| 176 | D | Hall | Velma | Crosby |
| 177 | D | Harris | Curtis | Crosby |
| 178 | D | Harris, Jr. | Sammie | Crosby |
| 179 | D | Harris, Sr. | Gary | Crosby |
| 180 | D | Heidelberg | Henry | Crosby |
| 181 | D | Henderson | Rico | Crosby |
| 182 | D | Hepler | James | Crosby |
| 183 | D | Herbert | Marshall | Crosby |
| 184 | D | Hicks | Roosevelt | Crosby |

| 185 | D | Hightower, Jr. | David | Crosby |
| 186 | D | Hill | Cleotis | Crosby |
| 187 | D | Hill | Hilda | Crosby |
| 188 | D | Hill | James | Crosby |
| 189 | D | Hill, Jr. | Issac | Crosby |
| 190 | D | Hinton | William | Crosby |
| 191 | D | Hodge | David | Crosby |
| 192 | D | Hodge | Jerry | Crosby |
| 193 | D | Hollingshed | Calvin | Crosby |
| 194 | D | Hopes | Johnathan | Crosby |
| 195 | D | Hopes, Jr. | Joshua | Crosby |
| 196 | D | House | Alex | Crosby |
| 197 | D | Houston | Charles | Crosby |
| 198 | D | Igus | Harry E. | Crosby |
| 199 | D | Inge | Denise | Crosby |
| 200 | D | Ingram | James | Crosby |
| 201 | D | Ivy | Gregory | Crosby |
| 202 | D | Ivy | Phillip | Crosby |
| 203 | D | Ivy | Sherman | Crosby |
| 204 | D | Jackson | Kenneth | Crosby |
| 205 | D | James | Ruffin | Crosby |
| 206 | D | James | Tonya L. | Crosby |
| 207 | D | Jamison | Adolphus | Crosby |
| 208 | D | Jamison | Eurgenteen | Crosby |
| 209 | D | Jeanlouis | Eddie | Crosby |
| 210 | D | Jeanlouis, Jr. | Alfred | Crosby |
| 211 | D | Johnson | Edward | Crosby |
| 212 | D | Johnson | Larry | Crosby |
| 213 | D | Johnson, Jr. | Charles | Crosby |
| 214 | D | Jones | Charles | Crosby |
| 215 | D | Jones | Christopher | Crosby |
| 216 | D | Jones | Jerry | Crosby |
| 217 | D | Jones | Joe | Crosby |
| 218 | D | Jones | Joe | Crosby |
| 219 | D | Jones | McArthur | Crosby |
| 220 | D | Jones | Nolan | Crosby |
| 221 | D | Jones | Robert | Crosby |
| 222 | D | Jones | Willie | Crosby |
| 223 | D | Jones | Melvin | Crosby |
| 224 | D | Jones | Willie | Crosby |
| 225 | D | Jones, Sr. | Francis | Crosby |
| 226 | D | Jordan | Doris | Crosby |
| 227 | D | Jordan | Gregory | Crosby |
| 228 | D | Keyes | Robert | Crosby |
| 229 | D | Kidd | Frank | Crosby |
| 230 | D | King | Earlie | Crosby |
| 231 | D | King | Melvin | Crosby |
| 232 | D | Knight | Clarence | Crosby |
| 233 | D | Knight | Donald R. | Crosby |
| 234 | D | La Conner | Mims | Crosby |
| 235 | D | Landry | Nolan | Crosby |
| 236 | D | Landry | Orien | Crosby |

| | | | | |
|---|---|---|---|---|
| 237 | D | Landry | Yancy | Crosby |
| 238 | D | Lane | Jermaine | Crosby |
| 239 | D | Lane | Kelvin | Crosby |
| 240 | D | Langham | Charlie | Crosby |
| 241 | D | Lapoint | Rodney | Crosby |
| 242 | D | Lawrence | Dario | Crosby |
| 243 | D | Leblanc | Terrell | Crosby |
| 244 | D | Ledbetter | Ruth | Crosby |
| 245 | D | Ledbetter, Jr. | Morris | Crosby |
| 246 | D | Leverette | Sidney | Crosby |
| 247 | D | Leverson | Johnny | Crosby |
| 248 | D | Levy | Clarence | Crosby |
| 249 | D | Lewis | Robert J. | Crosby |
| 250 | D | Lott | Willie | Crosby |
| 251 | D | Love | Marvin | Crosby |
| 252 | D | Lynn | Chris | Crosby |
| 253 | D | Lynn | Johnnie | Crosby |
| 254 | D | Lynn, Jr. | Johnnie | Crosby |
| 255 | D | Manuel | Anthony C. | Crosby |
| 256 | D | Mason | Leola | Crosby |
| 257 | D | Mason | Roderick | Crosby |
| 258 | D | Matthews | Argean H. | Crosby |
| 259 | D | Matthews | Charles | Crosby |
| 260 | D | Matthews | Leuern F. | Crosby |
| 261 | D | Matthews | Robert | Crosby |
| 262 | D | Matthews | Thomas | Crosby |
| 263 | D | Matthews | Willie | Crosby |
| 264 | D | Matthews, Jr. | Lionel | Crosby |
| 265 | D | McCotry | Willie | Crosby |
| 266 | D | McCoy | Paul | Crosby |
| 267 | D | McCullar, Jr. | Benford | Crosby |
| 268 | D | McCullum | James | Crosby |
| 269 | D | McCullum, Jr. | Charles | Crosby |
| 270 | D | McCullum, Sr. | Charles | Crosby |
| 271 | D | McDonald | Stanley | Crosby |
| 272 | D | McGill | Durland | Crosby |
| 273 | D | McGolberry | Charles | Crosby |
| 274 | D | McGregory | Greta | Crosby |
| 275 | D | McKinney | Freddie | Crosby |
| 276 | D | McLaurin | Charles | Crosby |
| 277 | D | McNair | John A. | Crosby |
| 278 | D | McNair | Larry | Crosby |
| 279 | D | McNamee | Danny | Crosby |
| 280 | D | McSwain | Reuben | Crosby |
| 281 | D | Mears | Darrel | Crosby |
| 282 | D | Mears | John | Crosby |
| 283 | D | Mears | Marvin | Crosby |
| 284 | D | Metcalf | Donnell | Crosby |
| 285 | D | Miller | Carey | Crosby |
| 286 | D | Miller | Johnny | Crosby |
| 287 | D | Miller, Sr. | Elijah | Crosby |
| 288 | D | Milsap | Cranford | Crosby |

| 289 | D | Mitchell | Darold | Crosby |
|---|---|---|---|---|
| 290 | D | Moffett | Benita | Crosby |
| 291 | D | Moffett | George | Crosby |
| 292 | D | Moffett | John | Crosby |
| 293 | D | Moffett | Roger | Crosby |
| 294 | D | Moffitt | James | Crosby |
| 296 | D | Moody | Willie | Crosby |
| 297 | D | Moore | Ruben | Crosby |
| 298 | D | Moore | Tri | Crosby |
| 299 | D | Moore | Tommie | Crosby |
| 300 | D | Moore, Jr. | Nathan | Crosby |
| 301 | D | Morgan | Arthur | Crosby |
| 302 | D | Morgan | Michael | Crosby |
| 303 | D | Morgan | Nicholas | Crosby |
| 304 | D | Morris | Michael | Crosby |
| 305 | D | Nabors | C.K. | Crosby |
| 306 | D | Nelson | Roland | Crosby |
| 307 | D | Nixon | Michael | Crosby |
| 308 | D | Odom | Bonita | Crosby |
| 309 | D | Oliver, Sr. | Murphy | Crosby |
| 310 | D | Owens, Jr. | Robert | Crosby |
| 311 | D | Page | Lex | Crosby |
| 312 | D | Page | Michael | Crosby |
| 313 | D | Paige | Charles | Crosby |
| 314 | D | Palmer | Donald | Crosby |
| 315 | D | Parker | Chester | Crosby |
| 316 | D | Parker | Kendrick | Crosby |
| 317 | D | Parker | Lewis | Crosby |
| 318 | D | Parnell | William | Crosby |
| 319 | D | Patmon | Dian | Crosby |
| 320 | D | Patterson | Antoin | Crosby |
| 321 | D | Patterson | G.W. | Crosby |
| 322 | D | Patterson | Jacqueline | Crosby |
| 323 | D | Paulene | Michael | Crosby |
| 324 | D | Payton | John | Crosby |
| 325 | D | Pefr | Anthony | Crosby |
| 326 | D | Pernell | Dora | Crosby |
| 327 | D | Pernell | Willie H. | Crosby |
| 328 | D | Peters | Maggie | Crosby |
| 329 | D | Petty | Logan | Crosby |
| 330 | D | Pierce | Davis | Crosby |
| 331 | D | Pierre | Paul | Crosby |
| 332 | D | Plummer | Jerry | Crosby |
| 333 | D | Pollard | Henrietta | Crosby |
| 334 | D | Pollard, Jr. | William | Crosby |
| 335 | D | Poole | Melendez | Crosby |
| 336 | D | Porter | Antoine | Crosby |
| 337 | D | Preston | Dennis | Crosby |
| 338 | D | Preston, Jr. | Howard | Crosby |
| 339 | D | Prowell | Robert | Crosby |
| 340 | D | Pruitt, Jr. | Robert | Crosby |
| 341 | D | Pruitts | Eunice | Crosby |

| 342 | D | Pugh | Willie Ray | Crosby |
| 343 | D | Putman | James O. | Crosby |
| 344 | D | Putmon | Eddie | Crosby |
| 345 | D | Ramsey | Gary | Crosby |
| 346 | D | Randle | Jimmie | Crosby |
| 347 | D | Rankins | Booker T. | Crosby |
| 348 | D | Ratcliff | Richard | Crosby |
| 349 | D | Ratliff | Eddie | Crosby |
| 350 | D | Reed | Willie | Crosby |
| 351 | D | Register | Alvin | Crosby |
| 352 | D | Richardson | Bobby | Crosby |
| 353 | D | Richardson | Ronnie | Crosby |
| 354 | D | Rickey | Ronnie | Crosby |
| 355 | D | Rivers | Steve | Crosby |
| 356 | D | Robertson | Andrew | Crosby |
| 357 | D | Robertson | Hugh | Crosby |
| 358 | D | Robinson | John | Crosby |
| 359 | D | Robinson | Ryan | Crosby |
| 360 | D | Rollin | Paul | Crosby |
| 361 | D | Russell | Alex | Crosby |
| 362 | D | Sampson | Ledyard | Crosby |
| 363 | D | Sanders | George | Crosby |
| 364 | D | Sanders | Richard | Crosby |
| 365 | D | Sanders, Jr. | Charlie | Crosby |
| 366 | D | Schannette | Robert D. | Crosby |
| 367 | D | Scott | James | Crosby |
| 368 | D | Selvie | Fredrick | Crosby |
| 369 | D | Sensat | Larry | Crosby |
| 370 | D | Shamily | Michael | Crosby |
| 371 | D | Shelby | Curtis | Crosby |
| 372 | D | Shelby | Gregory | Crosby |
| 373 | D | Shelby | Jimmie | Crosby |
| 374 | D | Shelton, Jr. | Thedore | Crosby |
| 375 | D | Shelton, Jr. | Thedore | Crosby |
| 376 | D | Simon, Sr. | Phillip | Crosby |
| 377 | D | Sims | Elois | Crosby |
| 378 | D | Smith | Henry | Crosby |
| 379 | D | Smith | Herman | Crosby |
| 380 | D | Smith | Keith | Crosby |
| 381 | D | Smith | Mary | Crosby |
| 382 | D | Smith | Michael | Crosby |
| 383 | D | Smith | Shedrick | Crosby |
| 384 | D | Smith, Jr. | Charles | Crosby |
| 385 | D | Snyder, Jr. | Elie | Crosby |
| 386 | D | Sonsom | Christopher | Crosby |
| 387 | D | Springer | Irene | Crosby |
| 388 | D | Stanfield | Aric | Crosby |
| 389 | D | Stanfield | Darlene | Crosby |
| 390 | D | Steed | Brian | Crosby |
| 391 | D | Steele | Ronnie | Crosby |
| 392 | D | Stenson | Tobie | Crosby |
| 393 | D | Stewart | Robert | Crosby |

| 394 | D | Stokes | Helen M. | Crosby |
|---|---|---|---|---|
| 395 | D | Stokes | J.J. | Crosby |
| 396 | D | Stover II | George | Crosby |
| 397 | D | Swift | Thomas | Crosby |
| 398 | D | Tate | Quincy | Crosby |
| 399 | D | Taylor | Bobbie | Crosby |
| 400 | D | Taylor | Doris | Crosby |
| 401 | D | Taylor | Robert | Crosby |
| 402 | D | Theodile, Sr. | Robert | Crosby |
| 403 | D | Thigpen | Layfate | Crosby |
| 404 | D | Thomas | Carzell | Crosby |
| 405 | D | Thomas | Dave | Crosby |
| 406 | D | Thomas, Jr. | Wilbert | Crosby |
| 407 | D | Townsel | Carolyn | Crosby |
| 408 | D | Townsend | Willie | Crosby |
| 409 | D | Treece | Tony | Crosby |
| 410 | D | Triplet | Michael | Crosby |
| 411 | D | Turner | Daniel | Crosby |
| 412 | D | Turner | Early | Crosby |
| 413 | D | Turner | Willie | Crosby |
| 414 | D | Viator | Bartel | Crosby |
| 415 | D | Walker | Maxine | Crosby |
| 416 | D | Walker | Mozella | Crosby |
| 417 | D | Walker | Willie | Crosby |
| 418 | D | Wallace | Leodis | Crosby |
| 419 | D | Ward | Jerry L. | Crosby |
| 420 | D | Warren | Damon | Crosby |
| 421 | D | Washington | Jerry | Crosby |
| 422 | D | Watts III | Garland | Crosby |
| 423 | D | Webb | Kenneth | Crosby |
| 424 | D | Webb | Steven E. | Crosby |
| 425 | D | Webber | Johnny | Crosby |
| 426 | D | Wells | Essie Mae | Crosby |
| 427 | D | West | Charlie | Crosby |
| 428 | D | West, Sr. | Joseph | Crosby |
| 429 | D | Weston | Margaret | Crosby |
| 430 | D | Whigham | Anthony | Crosby |
| 431 | D | White | Ronnie | Crosby |
| 432 | D | Williams | Ollee | Crosby |
| 433 | D | Williams | Patricia | Crosby |
| 434 | D | Williamson, Jr. | Lawrence | Crosby |
| 435 | D | Wilson | Tremayne L. | Crosby |
| 436 | D | Windham | Damon | Crosby |
| 437 | D | Winfield | Johnny | Crosby |
| 438 | D | Wrone | Jackie | Crosby |